# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | Case No. 1:16-cr-063 |
| AKITADA TAZUMI, | Violation: 15 U.S.C. § 1 |
| Defendant. | Judge Timothy S. Black |

## ORDER OF DISMISSAL

This matter comes before the Court upon United States' Motion to Dismiss. Upon review of the motion, and for the reason stated therein the Court GRANTS the United States' Motion to Dismiss.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Indictment (Doc. 1) is Dismissed with prejudice as to Akitada Tazumi.

IT IS FURTHER ORDERED THAT the arrest warrant issued as to Akitada Tazumi on June 30, 2016, by the Honorable Karen L. Litkovitz be terminated and withdrawn.

IT IS SO ORDERED.

Date:  1/10/2025                    *s/Timothy S. Black*

                                                                THE HONORABLE TIMOTHY S. BLACK
                                                                UNITED STATES DISTRICT JUDGE